IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR34 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| EDGAR LEWIS PRADO and | ) | AND ORDER |
| LARA JO URESTE, | ) | |
| | ) | |
| Defendants. | ) | |

    Chief Judge Bataillon has reassigned this case to me. Judge Strom had previously set this case for trial for April 6, 2009. I am going to cancel that trial date and refer this matter to Magistrate Judge Piester for progression.

    IT IS ORDERED that the April 6, 2009 trial date is canceled and Judge Piester is requested to progress this case in the normal fashion. Judge Piester may wish to consult counsel but I leave that to him.

    DATED this 19th day of March, 2009.

                                                      BY THE COURT:

                                                      *S/Richard G. Kopf*
                                                      United States District Judge