IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR153 |
| | ) | 8:09CR34-1 |
| v. | ) | 8:09CR201 |
| | ) | |
| EDGAR L. PRADO, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

These three criminal cases are now all assigned to me. At the request of counsel for the defendant and counsel for the government,

IT IS ORDERED that:

1. Adjudication and disposition of the supervised release violation in 8:04CR153 and sentencing in 8:09CR34-1 shall take place on August 28, 2009 at 12:30 PM.

2. Counsel shall promptly advise me if a plea is reached in 8:09CR201 so that one consolidated proceeding can be scheduled for all three cases.

3. The Clerk shall provide Judge Piester with a copy of this memorandum and order.

4. My judicial assistant shall monitor all three cases with the foregoing in mind.

DATED this 9th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge